RECEIVED
NOV 3 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED
NOV 03 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

PABLO PAREDES GARCIA )
_____ )
Petitioner )
v. ) Case No. **1:23CV01361**
PETERS, DIRECTOR OF B.O.P. ) (Supplied by Clerk of Court)
GERALDO ROSALES, WARDEN, FCI BASTROP )
_____ )
Respondent
(name of warden or authorized person having custody of petitioner)

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: PABLO PAREDES GARCIA
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: FCI Bastrop
   (b) Address: P. O. Box 1010
               Bastrop, Texas 78602
   (c) Your identification number: 61790-509
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
       If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you: U.S.D.C., Eastern District of Texas, 300 Willow St. Beaumont, Texas 77701
       (b) Docket number of criminal case: 1-21-CR-00058-3
       (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain):

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:   FCI Bastrop, Bastrop, Texas

   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   Failure to apply F.S.A. credits towards early release.

   (d) Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes        ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:   FCI Wardens under BP/9

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:   Denial of FSA 1 year credit awarded to all federal inmates.

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes        ☑ No

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: Because the pursuit of administrative remedies would be futile. See Fraley v. U.S. B.O.P., 1 F.3d 924, 925 (9th cir. 1992) Inmate has been informed by his Unit Team and the Warden, the BOP will not apply FSA credits (ICE detainer).

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes        ☐ No

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes        ☒ No

If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes        ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes    ☒ No
If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____
_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____
_____
_____
_____
_____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** FSA of 2018 does not list a detainer as a ground for inmates ineligibility to earned FSA credits towards early release.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
18 U.S.C.Sec 3632 (E)(i) states in general: A prisoner is ineligibilty to apply time credit under subparagraph (c) if the prisoner is the subject "of" a final order of removal under any provision of the immigration law "as defined in Sec. 101(a)(17) of the Immigration and Nationality Act 8 U.S.C.S. 100 (a)(17).

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes     ☐ No

**GROUND TWO:** A detainer is not a "final order of removal" nor a final order of deportation.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The BOP/DOJ, FSA implementation guide clearly states on page 2 paragraph 4 that only inmates with a final order of deportation cannot apply earned FSA credits towards ealy release.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes     ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes     ☐ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes        ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: That this Court Order the BOP to apply my earned FSA credits toward First Step Act and apply my one-year time reduction based on the above foregoing.

CLERK,
   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF TEXAS
      AUSTIN DIVISION
    501 WEST FIFTH Street,
      Suite 1100
    AUSTIN, TX
        78701

MAIL ONE TO THE COURT
AND Keep A copy for you.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: __30 / 10 / 23__     _Pablo paredes Garcia_
                                            Signature of Petitioner


                                            _____
                                            Signature of Attorney or other authorized person, if any