IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PABLO PAREDES GARCIA, | § § § | |
| Petitioner, | § § | |
| v. | § | 1:23-CV-1361-RP |
| GERALDO ROSALES and FNU PETERS, | § § § | |
| Respondents. | § § | |

## FINAL JUDGMENT

On this date, the Court issued an order adopting the report and recommendation of the United States Magistrate Judge, (Dkt. 11), and dismissing without prejudice Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1). As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 19, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE